**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| GERALD WATERS, | : | No. 25 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated June 1, |
| | : | 2017 at No. 630 MD 2016 |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| SECRETARY JOHN WETZEL, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of April, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED**.